IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

BARRY D. BARR )
 )
    Plaintiff, )
 )
v. ) CASE NO. 2:19-cv-00698
 )
JAMES ALSTON, KRISTIN THRASHER )
 )
    Defendants, )

## CONFLICT DISCLOSURE STATEMENT
Plaintiff

COMES NOW BARRY D. BARR, a _____ in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[■] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

**Reportable Entity**      **Relationship to Party**

_____      _____

_____      _____

_____      _____

10/10/2019
Date

(Signature)
**MICKEY MCDERMOTT**
(Counsel's Name)
**BARRY D. BARR**
Counsel for (print names of all parties)
138 ADAMS AVENUE
MONTGOMERY ALABAMA 36104
Address, City, State Zip Code
334-264-5151
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>NORTHERN</u> DIVISION

## CERTIFICATE OF SERVICE

I, <u>ATTY MICKEY MCDERMOTT</u>, do hereby Certify that a true and correct copy of the foregoing has been furnished by <u>EMAIL</u> (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this <u>10TH</u> day of <u>OCTOBER</u> 20<u>19</u>, to:

ROBERT RUSSELL ESQ, 7515 HALCYON POINTE DR MONTG, ALA 36117

BRIAN MOSHOLDER ESQ, 3320 SKYWAY DR STE 703 OPELIKA ALA 36801

_____
_____
_____
_____

10/10/2019
Date

[signature]
Signature